**Jerry HORACK and O'Hara Brothers Machine Co., Petitioners**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of August 2008, The Petition for Allowance of Appeal is DENIED. The Motion to Amend the Petition for Allowance of Appeal is GRANTED.

**Donna RUSSELLA, Respondent**

v.

**Seth H. STEINMAN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of August, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**